JAMES A. YORO, SB# 86768
Chain, Younger, Cohn & Stiles
1800 30th Street, Suite 150
P O Box 2386
Bakersfield, CA 93303-2386
Phone: (661) 283-2667
Fax: (661) 283-6969

Attorney for Plaintiff
SAN JUANA DE FALCON

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JUANA DE FALCON, | ) Case No.: 1:06 CV-00010 OWW DLB |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| vs. | ) EXTEND TIME |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security | ) |
| Defendant | ) |

The party, through her respective counsel, stipulate that the time for filing plaintiff's letter brief be extended to June 5, 2006.

//

//

//

//

//

1

```
     This is the plaintiff's first request for an extension of
time to file the letter brief.  Plaintiff needs additional time
to further review the file and prepare response in this matter.
Dated:    5/19/06
                                    /s/ James A. Yoro
                                    JAMES A. YORO
                                    Attorney for Plaintiff



Dated: 5/22/06
                                    MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kimberly A. Gaab
                                    (As authorized via facsimile)
                                    Assistant to U.S. Attorney
```

**IT IS SO ORDERED.**

**Dated:   May 23, 2006**           **/s/ Dennis L. Beck**
3c0hj8                              UNITED STATES MAGISTRATE JUDGE