1

2  JAMES A. YORO, SB# 86768
   Chain, Younger, Cohn & Stiles
3  1800 30th Street, Suite 150
   P O Box 2386
4  Bakersfield, CA 93303-2386
   Phone: (661) 283-2667
5  Fax: (661) 283-6969

6  Attorney for Plaintiff
   SAN JUANA DE FALCON
7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8                      EASTERN DISTRICT OF CALIFORNIA

9
   SAN JUANA DE FALCON,              ) Case No.: 1:06 CV-00010 DLB
10                                    )
                                      ) STIPULATION AND ORDER TO
              Plaintiff,              )
11                                    ) EXTEND TIME
        vs.                           )
12                                    )
                                      )
   JO ANNE B. BARNHART,               )
13                                    )
   Commissioner of Social Security    )
14                                    )
              Defendant
15

16
        The party, through her respective counsel, stipulate that
17
   the time for filing plaintiff's opening brief be extended to
18
   September 11, 2006.
19
   //
20
   //
21
   //
22
   //
23
   //
24

25

26

1

This is the plaintiff's first request for an extension of time to file the opening brief.  Plaintiff needs additional time to further review the file and prepare response in this matter.

Dated:    8/2/06

/s/ James A. Yoro
JAMES A. YORO
Attorney for Plaintiff

Dated: 8/2/06

MCGREGOR W. SCOTT
United States Attorney

/s/ Kimberly A. Gaab
(As authorized via facsimile)
Assistant to U.S. Attorney

**IT IS SO ORDERED.**

**Dated:    August 31, 2006**              **/s/ Dennis L. Beck**
3c0hj8                                    UNITED STATES MAGISTRATE JUDGE