McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
2500 Tulare St., Ste. 4401
Fresno, CA 93721
Telephone No: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SAN JUANA DE FALCON, ) | 1:06-CV-0010 DLB | |
| ) | | |
| Plaintiff, ) | STIPULATION AND ORDER TO | |
| ) | EXTEND TIME | |
| v. ) | | |
| ) | | |
| JO ANNE B. BARNHART, ) | | |
| Commissioner of Social ) | | |
| Security, ) | | |
| Defendant. ) | | |
| _____) | | |

The parties, through their respective counsel, stipulate that the time for filing defendant's response to plaintiff's opening brief be extended from October 16, 2006 to October 31, 2006.

///

///

///

///

///

///

///

///

1

1 | This is defendant's first request for an extension of time
2 | to file a response to plaintiff's opening brief.  Defendant needs
3 | the additional time to further review the file and prepare a
4 | response in this matter.

```
                                        Respectfully submitted,


Dated:  October 3, 2006          /s/ James A. Yoro
                                 (As authorized via facsimile)
                                 JAMES A. YORO
                                 Attorney for Plaintiff


Dated:  October 3, 2006          McGREGOR W. SCOTT
                                 United States Attorney


                                 /s/ Kimberly A. Gaab
                                 KIMBERLY A. GAAB
                                 Assistant U.S. Attorney
```

   IT IS SO ORDERED.

   **Dated:    October 11, 2006**               **/s/ Dennis L. Beck**
3c0hj8                                   UNITED STATES MAGISTRATE JUDGE

2